**No. 19-2546**

# In the United States Court of Appeals for the Seventh Circuit

ERIC WHITE,
individually and on behalf of all others similarly situated,
*Plaintiff-Appellant*,

v.

UNITED AIRLINES, INC. and UNITED CONTINENTAL HOLDINGS, INC.,
*Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of Illinois
Case No.19-cv-00114 (The Hon. Charles R. Norgle, Sr.)

## MOTION FOR 14-DAY EXTENSION OF THE TIME TO FILE APPELLANT'S OPENING BRIEF

Appellant Eric White respectfully requests a 14-day extension to file his opening brief, from March 20, 2020, to April 3, 2020. The defendants-appellees have consented to the requested extension.

This is the plaintiff-appellant's first request for an extension in this court. Mr. White is seeking this extension more than seven days before the opening brief is due. (The Circuit Mediator previously extended the schedule during the parties' participation in the Circuit Mediation Program.)

There is good cause for the requested extension. Gupta Wessler PLLC only recently entered an appearance as appellate counsel in this case. Yesterday (nine

business days before the opening brief was due), Jonathan Taylor, the attorney at Gupta Wessler who is principally responsible for preparing the opening brief, experienced a serious medical condition that required him to go to the emergency room. It is unclear at this time when Mr. Taylor will be able to resume drafting the brief.

Mr. White's appellate counsel and their colleagues also have several pressing obligations that have taken up and will continue to take up substantial time over the next two weeks and will make it difficult to properly complete the brief absent the requested extension. These obligations include an oral argument in the Tenth Circuit in *In re MDL 2007 Genentech, Inc.*, No. 19-5035 on March 11, 2020; a reply brief due in the Fourth Circuit in *Lambert v. NFCU*, No. 19-1993 on March 18, 2020; and a merits brief due in the U.S. Supreme Court in *Ford Motor Co. v. Bandemer,* Nos. 19-368 & 19-369 on March 30, 2020.

The requested extension will allow Gupta Wessler to meet these and other obligations, while preparing a brief to this Court that adequately addresses the issues in this appeal. No parties will be prejudiced by the extension requested.

Mr.White respectfully requests that the Court enter an order extending the deadline for his opening brief from March 20, 2020 to April 3, 2020.

Respectfully submitted,

/s/ Deepak Gutpa
DEEPAK GUPTA
GUPTA WESSLER PLLC
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*

March 11, 2020

## CERTIFICATE OF COMPLIANCE

This motion for an extension of time complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because the motion contains 416 words, excluding the parts of the brief exempted by Rule 27(a)(2)(B) and Rule 23(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because the motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.

*/s/ Deepak Gupta*
Deepak Gupta

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Deepak Gupta*
Deepak Gupta

# EXHIBIT A

**No. 19-2546**

# In the United States Court of Appeals for the Seventh Circuit

ERIC WHITE,
individually and on behalf of all others similarly situated,
*Plaintiff-Appellant*,

v.

UNITED AIRLINES, INC. and UNITED CONTINENTAL HOLDINGS, INC.,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of Illinois
Case No.19-cv-00114 (The Hon. Charles R. Norgle, Sr.)

## DECLARATION OF DEEPAK GUPTA

I, Deepak Gupta, declare under penalty of perjury:

1. I am a member in good standing of the D.C. Bar and the bar of this Court and am a principal at Gupta Wessler PLLC, the appellate law firm recently retained by the plaintiff-appellant in this matter.

2. I am lead appellate counsel for the appellant, Eric White, who is now requesting an unopposed 14-day extension of time to file his opening brief, from March 20, 2020 to April 3, 2020.

3. This is the appellant's first request for an extension from this Court, and Mr. White is seeking this extension more than seven days before the opening brief is

currently due, in light of the extraordinary circumstances described here. There is good cause for this extension request.

4. Our firm has primary responsibility for drafting the opening brief and only recently entered an appearance in this case as appellate counsel.

5. Yesterday, Jonathan E. Taylor, who is the attorney at Gupta Wessler principally responsible for preparing the opening brief, experienced a serious medical condition that required him to be hospitalized. This occurred nine business days before the opening brief was due. It is unclear at this time when Mr. Taylor will be able to resume working on the brief.

6. Mr. White's appellate counsel and their colleagues also have several pressing obligations that have taken up and will continue to take up substantial time over the next two weeks and will make it difficult to properly complete the brief absent the requested extension. These obligations include an oral argument in the Tenth Circuit in *In re MDL 2007 Genentech, Inc.*, No. 19-5035 on March 11, 2020; a reply brief due in the Fourth Circuit in *Lambert v. NFCU*, No. 19-1993 on March 18, 2020; and a merits brief due in the U.S. Supreme Court in *Ford Motor Co. v. Bandemer,* Nos. 19-368 & 19-369 on March 30, 2020.

7. A short 14-day extension of time will make it possible for appellate counsel to properly prepare the brief in this appeal, while also meeting their other case deadlines.

8. No parties will be prejudiced by the extension requested.

9. The defendants-appellees have consented to the requested 14-day extension.

Respectfully submitted,

*<u>/s/Deepak Gupta</u>*
DEEPAK GUPTA
GUPTA WESSLER PLLC
1900 L St, NW, Suite 312
Washington, DC 20036
(202)888-1741
*deepak@guptawessler.com*

*Counsel for Plaintiff-Appellant*

March 11, 2020